### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
### OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor                                                          Telephone
Clerk                                                                       804-916-2700

May 3, 2012

_____

TRANSCRIPT ORDER ACKNOWLEDGMENT

_____

No.  11-4701 (L), <u>US v. Michael Hickson</u>
              8:09-cr-00213-RWT-2

This acknowledgment establishes a deadline for filing all transcript ordered from this court reporter, as follows:

**Court Reporter:** Tracy Dunlap
**Current Deadline:** 06/11/2012
**Proceedings:** 4/30/12 Restitution Hearing
**Ordering Party(ies):** Michael Hickson, Alvita Gunn

The above-referenced transcript has been ordered for use on appeal. Seven days have been added to the court reporter deadlines to permit appropriate financial arrangements to be completed. If the district court has not yet acted on a request for transcript under the Criminal Justice Act, counsel should confirm that the CJA 24 application has been filed with the district court for approval by the judge.

If the transcript order is deficient or the CJA 24 application is not approved within 7 days of this acknowledgment, the court reporter must complete and file a **Transcript Order Deficiency Notice** with this court within 14 days of this acknowledgment. If the court reporter has grounds for an extension of time, a request for extension may be sought using the **Transcript Extension Request** form.

This court is notified of the filing of the **Appeal Transcript** in the district court through the district court's CM/ECF system. If the transcript is not filed by the due date, a transcript sanction takes effect, as provided in the **Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit**. If a transcript sanction is in effect, the court reporter must file a **Certification of filing of transcript/sanctions form** with this court at the time the transcript is filed with the district court, certifying that the appropriate sanction has been deducted from the transcript fee. Court forms are available for completion as links from this notice and at the court's web site, **www.ca4.uscourts.gov**.

Donna Lett, Deputy Clerk
804-916-2704

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT ORDER DEFICIENCY NOTICE

No.  11-4701 (L), <u>US v. Michael Hickson</u>

8:09-cr-00213-RWT-2

**To permit confirmation of financial arrangements, including approval by the district court of the CJA 24 form, 7 days have been added to the period established by the transcript guidelines for filing of appellate transcript. If financial arrangements are not confirmed within 7 days or if there are other problems with the transcript order, the court reporter should, within 14 days of issuance of the transcript order acknowledgment, file a transcript order deficiency notice with the Court of Appeals identifying the problem. Copies of the deficiency notice will be sent via CM/ECF to the parties and the district court.**

**[ ]   Transcript has previously been filed with district court. (specify)**

**[ ]   Counsel has not submitted the CJA 24 application to the district court clerk for approval.**

**[ ]   CJA 24 application was not approved within 7 days of issuance of Transcript Order Acknowledgment.**

**[ ]   Not all requests on CJA 24 application were granted by district court. (specify)**

**[ ]   Motion for transcript at government expense has not been granted (28 U.S.C. § 753(f)).**

**[ ]   Satisfactory financial arrangements have not been made. (specify)**

**[ ]   Transcript order is unclear. (specify)**

**[ ]   Other (specify):**

Relief Requested:          [ ] Rescission of filing deadline

[ ] Extension of filing deadline to _____

**Court Reporter:**
**Signature:**
**Date:**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### TRANSCRIPT EXTENSION REQUEST

No.  11-4701 (L), <u>US v. Michael Hickson</u>
8:09-cr-00213-RWT-2

**If an extension of time is needed to complete the transcript, the court reporter may file a Transcript Extension Request with the Court of Appeals at least 10 days in advance of the deadline, setting forth specific information in support of the request. Copies of the request shall be served on the parties to the case and the district court Reporter Coordinator. The granting of an extension also constitutes a waiver of sanctions through the date of the extension.**

**Court Reporter: Tracy Dunlap**
**Current Deadline: 06/11/2012**
**Extension Requested to:**

**As of this date, approximately    pages have been completed and    pages are yet to be transcribed. Justification is as follows:**

1. **Outstanding District Court transcripts ordered within 90 days of this request: Any pending appellate transcripts will be taken into consideration in deciding this request.**

2. **In-Court Time: (give total days/hours by month)**

3. **Travel: (give hours spent traveling to and from Court by month)**

4. **Other: (please provide information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)**

**Signature:**
**Date:**